**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

JOHN CHRISTOPHER GARCIA            :     CIVIL ACTION NO.
3401 38th Street, NW, Apt. 421,    :
Washington, DC 20016               :
                                   :
    Plaintiff                      :
                                   :
    v.                             :
                                   :
PRODUCTS ITALIA MARKETING          :
AND MANAGEMENT COMPANY, INC.       :
1220 19th Street, NW, Suite 400    :
Washington, DC 20036               :
                                   :
    Defendant                      :     June 7, 2005

_____

## COMPLAINT

## JURISDICTION AND VENUE

1. The plaintiff brings this action for redress of injuries sustained because of the defendant's violations of the overtime provisions of the Fair Labor Standards Act (hereinafter "FLSA"), 29 U.S.C. §201, et. seq. at §207. The action seeks monetary, compensatory and liquidated damages and attorneys' fees.

2. This action is authorized by and instituted under §16(b) of the FLSA, 29 U.S.C. §216(b). Jurisdiction of this Court is conferred by §16(b) of the FLSA, 29 U.S.C. §216(b) and by 28 U.S.C. §1331 and §1337.

3. Venue is appropriate in the District of Columbia in accordance with 28 U.S.C. §1391(b), because this is the district in which the claim arose.

**THE PARTIES**

4. The plaintiff, John Christopher Garcia (hereinafter referred to as the plaintiff or Mr. Garcia), is a citizen of the United States who resides at 3401 38th Street, NW, Apt. 421, Washington, DC 20016.

5. At all times relevant herein, Mr. Garcia was an employee of the defendant, Products Italia Marketing and Management Company, Inc. (hereinafter referred to as the defendant) as defined under §3(e)(1) of the FLSA, 29 U.S.C. §203(e)(1).

6. The defendant is a corporation engaged in interstate commerce. At all times relevant herein, it did business in the District of Columbia, including operating a restaurant named Ristorante i Ricchi at 1220 19th Street, NW Washington, DC 20036.

7. At all times relevant herein, the defendant was Mr. Garcia's employer as defined under §3(d) of the FLSA, 29 U.S.C. §203(d).

**STATEMENT OF THE CLAIM (Violations of the Overtime Provisions of the FLSA)**

8. The plaintiff repeats, re-alleges and incorporates herein by reference paragraphs 1 to 7.

9. From on or about December 7, 2001 until March 22, 2005, Mr. Garcia was employed with the defendants as a front desk host.

10. In this position, Mr. Garcia would perform services for the defendant that regularly required him to work more than forty (40) hours in any one workweek.

11. From on or about March 1, 2003 until March 22, 2005, the defendant failed to pay Mr. Garcia at a rate of one and one half times him regular rate of pay for workweeks in which he worked more than forty hours.

12. The defendant's failure to pay Mr. Garcia for work at a rate of one and one half times his regular rate of pay for work weeks in which he worked more than forty hours violated §7(a)(1) of the FLSA, 29 U.S.C. §207(a)(1).

13. On information and belief, the defendant denied Mr. Garcia overtime wages they knew, or, it not been reckless, should have known, were owed to him under the FLSA.

14. The defendant's attempted to classify Mr. Garcia as a salaried employee when, in fact, it knew that Mr. Garcia did not maintain management responsibilities over other employees for a substantial majority of the time in which he worked.

15. The defendant also deducted pay from Mr. Garcia's salary on certain days in which he did not work.

16. The defendant's violations of Mr. Garcia's rights under the FLSA were willful.

17. As a result of the defendant's violations of the FLSA, Mr. Garcia has lost overtime wages that he was entitled to receive.

### DEMAND FOR RELIEF

WHEREFORE, the plaintiffs request that this Court:

1. Issue a judgment for the plaintiff declaring that the defendant has violated the FLSA;

2. Award the plaintiff damages, with pre- and post-judgment interest, for all lost overtime wages and liquidated damages or double damages as provided for in 29 U.S.C. §216(b);

3. Award the plaintiff the costs of this action, including reasonable attorneys fees, as provided for under §16(b) of the FLSA, 29 U.S.C. §216(b).

4. Award the plaintiff such other and additional relief as may be just and proper.

## REQUEST FOR TRIAL BY JURY

The plaintiff respectfully requests a trial by jury as to all claims to which he is entitled.

                              Respectfully submitted,
                              THE PLAINTIFF,
                              JOHN CHRISTOPHER GARCIA

By: /s/_____
      Jonathan L. Gould
      DC Bar # 491052
      KESTELL & ASSOCIATES
      717 D Street, NW, Suite 100
      Washington, DC 20004
      (202) 347-3889
      (202) 347-4482
      email jgould@igc.org

Please enter my appearance on behalf of the plaintiff, John Christopher Garcia.