**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | | |
|---|---|---|
| JOHN CHRISTOPHER GARCIA | : | CIVIL ACTION NO. |
| 3401 38th Street, NW, Apt. 421, | : | |
| Washington, DC 20016 | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| PRODUCTS ITALIA MARKETING | : | 1:05CV01126-CKK |
| AND MANAGEMENT COMPANY, INC. | : | |
| 1220 19th Street, NW, Suite 400 | : | |
| Washington, DC 20036 | : | |
| | : | |
| Defendant | : | July 28, 2005 |

_____

**NOTICE OF FILING WAIVER OF PROOF OF SERVICE**

The plaintiff in the above matter hereby files the attached notice indicating that the defendant has waived service of the complaint under the provisions of Rule 4(d) of Federal Rules of Civil Procedure.

                                                  Respectfully submitted,
                                                  THE PLAINTIFF,
                                                  JOHN CHRISTOPHER GARCIA

                                          By: /s/_____
                                                  Jonathan L. Gould
                                                  DC Bar # 491052
                                                  KESTELL & ASSOCIATES
                                                  717 D Street, NW, Suite 100
                                                  Washington, DC 20004
                                                  (202) 347-3889
                                                  (202) 347-4482
                                                  email jgould@igc.org