UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN CHRISTOPHER GARCIA<br>3401 38th Street, NW, Apt. 421,<br>Washington, DC 20016 | : <br>: <br>: <br>: | CIVIL ACTION NO. |
| Plaintiff | : <br>: | |
| v. | : <br>: | 1:05CV01126 (CKK) |
| PRODUCTS ITALIA MARKETING<br>AND MANAGEMENT COMPANY, INC.<br>1220 19th Street, NW, Suite 400<br>Washington, DC 20036 | : <br>: <br>: <br>: <br>: | |
| Defendant | : | August 4, 2005 |

**NOTICE OF FILING AMENDED COMPLAINT AS A MATTER OF COURSE**

The plaintiff, John Christopher Garcia, hereby amends his complaint as a matter of course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. The amended complaint adds a party defendant and allegations of joint employment between the defendants. The plaintiff filed the original complaint on or about June 8, 2005. The first defendant has accepted service, by waiver, but not yet served a responsive pleading.

The amended complaint is attached hereto. The plaintiff will send a copy of this amended complaint and notice to the defendants' attorney and will again request a waiver of service.

2

        Respectfully submitted,
        THE PLAINTIFF,
        JOHN CHRISTOPHER GARCIA


By: /s/ _____
        Jonathan L. Gould
        DC Bar # 491052
        KESTELL & ASSOCIATES
        717 D Street, NW, Suite 100
        Washington, DC 20004
        (202) 347-3889
        (202) 347-4482
        email jgould@igc.org