UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN CHRISTOPHER GARCIA<br>3401 38th Street, NW, Apt. 421,<br>Washington, DC 20016 | : <br> : <br> : <br> : | CIVIL ACTION NO. |
| Plaintiff | : <br> : | 1:05CV01126 (CKK) |
| v. | : <br> : | |
| PRODUCTS ITALIA MARKETING<br>AND MANAGEMENT COMPANY, INC.<br>1220 19th Street, NW, Suite 400<br>Washington, DC 20036 | : <br> : <br> : <br> : <br> : | |
| and | : <br> : | |
| I RICCHI, Inc.<br>1220 19th Street, NW, Suite 400<br>Washington, DC 20036 | : <br> : <br> : <br> : | |
| Defendants | : | August 30, 2005 |

**PLAINTIFF'S COUNSEL'S NOTICE RE: CHANGE OF ADDRESS**

Plaintiff's counsel hereby serves notice as follows:

After September 1, 2005, the address of my office will change from the one below to the following:

> Kestell & Associates
> 1012 14th Street, NW, Suite 630
> Washington, DC 20005

My telephone and fax numbers and email addresses will remain the same.

Respectfully submitted,

By /s/ _____
       Jonathan L. Gould
       DC Bar # 491052
       KESTELL & ASSOCIATES
       717 D Street, NW, Suite 100
       Washington, DC 20004
       (202) 347-3889
       (202) 347-4481