## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

| | | |
|---|---|---|
| JOHN CHRISTOPHER GARCIA | : | CIVIL ACTION NO. |
| 3401 38th Street, NW, Apt. 421, | : | |
| Washington, DC 20016 | : | |
| | : | |
| Plaintiff | : | 1:05CV01126 (CKK) |
| | : | |
| v. | : | |
| | : | |
| PRODUCTS ITALIA MARKETING | : | |
| AND MANAGEMENT COMPANY, INC. | : | |
| 1220 19th Street, NW, Suite 400 | : | |
| Washington, DC 20036 | : | |
| | : | |
| and | : | |
| | : | |
| I RICCHI, Inc. | : | |
| 1220 19th Street, NW, Suite 400 | : | |
| Washington, DC 20036 | : | |
| | : | |
| Defendants | : | September 27, 2005 |

_____

### DISCOVERY PLAN

Pursuant to order of the Court, the parties hereby enter the following discovery plan:

1. The parties agree to serve the first set of written discovery on or before September 27, 2005;

2. The parties agree to respond to this discovery on or before November 1, 2005;

3. The parties agree to schedule and complete depositions of all fact witnesses on

or before January 31, 2005;

4. The parties agree to schedule and complete all depositions of expert witnesses

on or before March 14, 2006;

5. The parties agree to serve all final written discovery (other than requests for

admission) on or before February 10, 2006.

Respectfully submitted,
THE PLAINTIFF,
JOHN CHRISTOPHER GARCIA

By:_____/s/_____
        Jonathan L. Gould
        DC Bar # 491052
        KESTELL & ASSOCIATES
        1012 14th Street, NW, Suite 630
        Washington, DC 20005
        (202) 347-3889
        (202) 347-4482
        email jgould@igc.org

THE DEFENDANTS,
PRODUCTS ITALIA MARKETING
AND MANAGEMENT COMPANY,
INC. and I RICCHI

By_____/s/_____
        Daniel S. Ward, Esq.
        Ward & Ward, P.L.L.C.
        2020 N Street, NW
        Washington, DC 20036
        (202) 331-8160
        (202) 331-9069
        email wassociates@covad.net

2