## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

| | | |
|---|---|---|
| JOHN CHRISTOPHER GARCIA<br>3401 38th Street, NW, Apt. 421,<br>Washington, DC 20016 | : | CIVIL ACTION NO. |
| Plaintiff | : | 1:05CV01126 (CKK) |
| v. | : | |
| PRODUCTS ITALIA MARKETING<br>AND MANAGEMENT COMPANY, INC.<br>1220 19th Street, NW, Suite 400<br>Washington, DC 20036 | : | |
| and | : | |
| I RICCHI, Inc.<br>1220 19th Street, NW, Suite 400<br>Washington, DC 20036 | : | |
| Defendants | : | September 27, 2005 |

_____

### **STIPULATION**

The parties hereby stipulate that the initial disclosures pursuant to Rule 26(a)(1) of the F.R.Civ.P. may be dispensed with.

        Respectfully submitted,
        THE PLAINTIFF,
        JOHN CHRISTOPHER GARCIA

By: _____/s/_____
        Jonathan L. Gould
        DC Bar # 491052
        KESTELL & ASSOCIATES
        1012 14th Street, NW, Suite 630
        Washington, DC 20005
        (202) 347-3889
        (202) 347-4482
        email jgould@igc.org

        THE DEFENDANTS,
        PRODUCTS ITALIA MARKETING
        AND MANAGEMENT COMPANY,
        INC. and I RICCHI

By _____/s/_____
        Daniel S. Ward, Esq.
        DC Bar #474339
        Ward & Ward, P.L.L.C.
        2020 N Street, NW
        Washington, DC 20036
        (202) 331-8160
        (202) 331-9069
        email wassociates@covad.net