UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN CHRISTOPHER GARCIA | : |
| Plaintiff, | : CASE NUMBER 1:05CV01126 |
| v. | : JUDGE: Colleen Kollar-Kotelly |
| PRODUCTS ITALIA MARKETING AND MANAGEMENT COMPANY, INC. | : |
| and | : |
| I RICCHI, Inc. | : |
| Defendants. | : |

## ANSWER TO COMPLAINT

Defendant, PRODUCTS ITALIA MARKETING AND MANAGEMENT COMPANY, INC. hereby Answers Plaintiff's Amended Complaint as follows:

1. Defendant denies that it violated any provision of the Fair Labor and Standards Act ("FLSA"), 29 U.S.C. §201 et. seq.

2. Defendant denies that this action is authorized under any provision of the Fair Labor and Standards Act ("FLSA").

3. No answer is required.

4. Defendant lacks sufficient knowledge to either admit or deny the allegations in Paragraph 4 of the Complaint.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. No answer is required.

12. Denied.

13. Admitted.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

**AFFIRMATIVE AND SPECIAL DEFENSES**

In further answer to Plaintiff's Amended Complaint, Defendant says as follows:

1. The Complaint fails to state a claim as to which relief as prayed can be granted.

2. Plaintiff lacks the capacity to sue for the relief requested.

3. Plaintiff has failed to join a necessary party or parties.

4. Plaintiff's claims for relief are barred, in whole or in part, by unclean hands, estoppel, waiver, want of equity and/or the applicable statutes of limitation.

5. Plaintiff has not been injured in any way or in any manner as a result of any act or omission of Defendant, or has failed to mitigate his damages.

6. Plaintiff's claims, in whole or in part, are premature and not ripe for adjudication.

7. The damages allegedly suffered and sustained by Plaintiff were occasioned in whole, or in part, by Plaintiff's own actions or omissions, or by acts or omissions of third parties over which Defendant had no control.

8. Defendant expressly reserves the right to file an amended Answer including such additional affirmative and/or special defenses as may be disclosed during the pendency of the within action.

9. Plaintiff's claims are barred, in whole or in part, because the FLSA does not apply to the present action.

10. Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

11. Plaintiff's claims are barred, in whole or in part, because Plaintiff failed to exhaust his administrative remedies.

WHEREFORE, Defendant prays that a judgment of no cause for action be entered in its favor and against Plaintiff, together with its attorney's fees, costs as sustained, and such other relief as are just and equitable in the premises.

Date:   October 3, 2005                    Respectfully submitted,

                                              PRODUCTS ITALIA MARKETING AND MANAGEMENT COMPANY

                                              __FILED VIA ECF_____
Daniel S. Ward, Esq.
Ward & Ward, PLLC
DC Bar #474339
2020 N Street, NW
Washington, DC 20036
202-331-8160
202-331-9069 Fax