UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN CHRISTOPHER GARCIA,

   Plaintiff,

    v.

PRODUCTS ITALIA MARKETING AND MANAGEMENT, COMPANY, INC., and I RICCHI, INC.,

   Defendants.

Civil Action No. 05-1126 (CKK)

**ORDER**

On December 6, 2005, the Court was informed that the parties had reached a settlement in principle in the above-captioned case. Pursuant to that agreement in principle, it is, this 6th day of December, 2005, hereby

**ORDERED** that this case is DISMISSED. The dismissal shall be without prejudice until Thursday, January 5, 2006. Should counsel fail to move to extend or to reopen the case before that date, the matter shall, without further order, stand dismissed **with** prejudice.

**SO ORDERED.**

                                                /s/
                                      COLLEEN KOLLAR-KOTELLY
                                      United States District Judge