UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | | |
|---|---|---|
| JOHN CHRISTOPHER GARCIA | : | CIVIL ACTION NO. |
| 3401 38th Street, NW, Apt. 421, | : | |
| Washington, DC 20016 | : | |
| | : | |
| Plaintiff | : | 1:05CV01126 (CKK) |
| | : | |
| v. | : | |
| | : | |
| PRODUCTS ITALIA MARKETING | : | |
| AND MANAGEMENT COMPANY, INC. | : | |
| 1220 19th Street, NW, Suite 400 | : | |
| Washington, DC 20036 | : | |
| | : | |
| and | : | |
| | : | |
| I RICCHI, Inc. | : | |
| 1220 19th Street, NW, Suite 400 | : | |
| Washington, DC 20036 | : | |
| | : | |
| Defendants | : | December 9, 2005 |

_____

**STIPULATION of DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby agree to dismiss the above-captioned case without prejudice to re-open the case until April 12, 2006. Should counsel fail to move to extend or to re-open the case before that date, the matter shall, without further order, stand dismissed with prejudice, but without costs or attorneys' fees to any party.

        Respectfully submitted,
        THE PLAINTIFF,
        JOHN CHRISTOPHER GARCIA

By: _____/s/_____

        Jonathan L. Gould
        DC Bar # 491052
        KESTELL & ASSOCIATES
        1012 14th Street, NW, Suite 630
        Washington, DC 20005
        (202) 347-3889
        (202) 347-4482
        email jgould@igc.org


        THE DEFENDANTS,
        PRODUCTS ITALIA MARKETING
        AND MANAGEMENT COMPANY,
        INC. and I RICCHI

By _____/s/_____

        Daniel S. Ward, Esq.
        DC Bar #474339
        Ward & Ward, P.L.L.C.
        2020 N Street, NW
        Washington, DC 20036
        (202) 331-8160
        (202) 331-9069
        email wassociates@covad.net